CO-180 (Rev. 4/02)

# WARRANT FOR ARREST

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 07-008 | MAGIS. NO: |
|---|---|---|
| V.<br><br>LOUIS H. MARTIN | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Louis H. Martin | **FILED**<br>JAN 1 7 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:     PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR;

SIMPLE POSSESSION OF A CONTROLLED SUBSTANCE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br><br>18:922(g)(1); and 21:844(a) |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
|  |  |

| ORDERED BY:<br>MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED:<br>1/9/07 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>1/9/07 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 1-9-07<br>DATE EXECUTED 1-17-07<br>HIDTA CASE:  Yes   No  X | NAME AND TITLE OF ARRESTING OFFICER<br>DAVID BALDWIN<br>SDUSM | SIGNATURE OF ARRESTING OFFICER<br>*[signature]*<br>OCDETF CASE:  Yes   No  X |
|---|---|---|