UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | MAGISTRATE NO.  07-009M-01 |
| | : | |
| **LOUIS H.  MARTIN** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

UNITED STATES' MOTION TO DISMISS

COMES NOW, the United States of America, by and through the undersigned attorneys and hereby moves the Court for an order dismissing this matter without prejudice.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney


_____/s/_____
ANGELA S. GEORGE
Assistant United States Attorney
DC Bar No. 470-567
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4444
Washington, D.C. 20530
202-514-7315